FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 NOV 28 P 3 45
CLERK'S OFFICE
AT GREENBELT
BY RC _____ DEPUTY

1  NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4. U.C.C.1-308,
2  U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA
3  2114 Alice Ave. Apt 201
4  Oxon Hill, Maryland 20746
5  240-600-2959

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4 U.C.C.1-308,
U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA, PRO SE,

   Plaintiff, Claimant

VS,

                                                    Civil Action No.   PJM 12 CV 3510

CALVARY PORTFOLIO SERVICES, LLC
GINO ARCHER, SR. VICE PRESIDENT
NEW YORK OPERATIONS
500 SUMMIT LAKE DRIVE
VALHALLA, NY 10595


   Defendant, Respondent


## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by Title 15 U. S. C. §1681p.

### FACTUAL ALLEGATIONS

3. On January 25, 2012, Defendant initiated a credit inquiry of Plaintiff's credit report from TRANSUNION without permissible purpose.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT CALVARY PORTFOLIO SVCS, DEBT COLLECTOR

3. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U.S.C. §1681a(c).

4. CALVARY PORTFOLIO SVCS, is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

5. CALVARY PORTFOLIO SVCS, willfully violated the FCRA.

6. Defendant's violations include, but are not limited to, the following:

(a) CALVARY PORTFOLIO SVCS, willfully violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiffs consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report.

CALVARY PORTFOLIO SVCS, are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title 15 U.S.C. §1681

## NEGLIGENT NON-COMPLIANCE BY DEFENDANT CALVARY PORTFOLIO SVCS, DEBT COLLECTOR

6. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U. S. C. §1681a(c).

7. CALVARY PORTFOLIO SVCS, DEBT COLLECTOR is a furnisher of information within the meaning of the FCRA, Title 15 U.S.C. §1681s-2.

8. CALVARY PORTFOLIO SVCS, negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) CALVARY PORTFOLIO SVCS, negligently violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $1,000 a month from the date of credit pull against consumer credit report. CALVARY PORTFOLIO SVCS, (DEBT COLLECTOR) are liable for actual damages, and attorney's fees and costs, pursuant to Title 15 U.S.C. § 1681o.

### RELIEF

**WHEREFORE,** Plaintiff demands judgment for damages against CALVARY PORTFOLIO SVCS, in the amount of $13,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n (a) (3) and Title 15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted this 28th day of December, 2012.

x _Nivea E. Oquendo, All Rights Reserved_

NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4. U.C.C.1-308, U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA, PRO SE, 2114 Alice Ave., Apt 201
Oxon Hill, Maryland 20746
240-600-2959

3